# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00098-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **TYRIUS EUGENE SMITH,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals, United States v. Smith, No. 18-4394, 2019 WL 4724052 (4th Cir. Sept. 27, 2019).

Upon consideration of the Fourth Circuit's opinion,

**IT IS, THEREFORE, ORDERED** that, the Judgment entered on May 29, 2018 [Doc. 41] is **VACATED**, and the Bill of Indictment [Doc. 1] in this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Judgment on Revocation entered on January 18, 2019 [Doc. 63] is **VACATED**, and the Petition for Revocation and the warrant issued on November 21, 2018 pursuant thereto [Doc. 55] are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United States Bureau of Prisons, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: October 26, 2019

Martin Reidinger
United States District Judge